

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00322-CV

_____

**IN RE ROBERT JAMES BACK, RELATOR**

_____

**MEMORANDUM OPINION ON MOTION FOR REHEARING**

_____

February 2, 2021

## MEMORANDUM OPINION

**Before QUINN, C.J., and PARKER and DOSS, JJ.**

We dismissed the petition for writ of mandamus of relator Robert James Black due to his failure to pay the filing fee or in lieu thereof, comply with the requirements of Chapter 14 of the Civil Practice and Remedies Code. Subsequent to our opinion, Black filed an affidavit of indigence, a certified copy of his inmate trust account statement, and an affidavit of his previous filings. We construe the filings as a motion for rehearing. We grant the motion, withdraw our opinion and judgment of December 21, 2020, and reinstate the original proceeding.

Per Curiam